STATE OF LOUISIANA      *      NO. 2024-KA-0458

VERSUS      *      COURT OF APPEAL

JAMAL D. HORTON, ET AL      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

**JENKINS, J., CONCURS IN PART AND DISSENTS IN PART**

I concur with the majority opinion to affirm defendants' convictions for second degree murder and to vacate the sentences to remand for resentencing. However, with reference to Defendant Meyers, I dissent from the majority's finding that Defendant Meyers' claim of ineffective assistance lacked merit.

An ineffective assistance of counsel claim is properly raised in an application for post-conviction relief in the district court where a full evidentiary hearing on the matter may be conducted. *See State v. Brown*, 2016-0965, p. 17 (La. App. 4 Cir. 5/3/17), 219 So.3d 518, 531. Although the majority notes an appellate court may consider an ineffective assistance of counsel claim if the record contains sufficient information to decide the claim, here, I find the present record is deficient to determine whether trial counsel's representation prejudiced Defendant Meyers. Accordingly, I would defer the merits of Defendant Meyers' ineffective assistance of counsel claim for consideration as an application for post-conviction relief.